**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Tom Hal CORNELISON, III, Petitioner**

**No. 14 WAL 2017**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Petitioner**

v.

**Ethan Stewart KENNEY, Respondent**

**No. 63 WAL 2017**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Dante Cochise CARTER, Petitioner**

**No. 140 WAL 2017**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**